**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KERRY GARLICK, | ) | NO. ED CV 08-1599-GW(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| WARDEN, GONZALES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on November 10, 2008. The Petition challenges the criminal judgment in San Bernardino Superior Court case number VCR-4534 (Petition at 6-7). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. See Garlick v. Gomez, CV 95-2474-AAH(E). On March 19, 1996, this Court entered Judgment in Garlick v. Gomez, CV 95-2474-AAH(E), denying and dismissing the prior petition on the merits with prejudice.

///

///

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. See Burton v. Stewart, 549 U.S. 147, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive authorization from Court of Appeal before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"); Harris v. Felker, 2007 WL 1599990 (E.D. Cal. June 4, 2007), report and recommendation adopted, 2007 WL 2326055 (E.D. Cal. Aug. 14, 2007) (dismissing petition which challenged same criminal judgment challenged in previous petition, where petitioner had not obtained authorization from Court of Appeal to file second or successive petition). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, this Court cannot entertain the present Petition. See Burton v. Stewart, 127 S. Ct. at 799; see also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008) (without Court of Appeals' authorization, "this court lacks jurisdiction to consider the petition").

///
///
///
///
///

1    For all of the foregoing reasons, the Petition is denied and
2    dismissed without prejudice.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6          DATED:  February 12, 2009

                                    _____
                                         GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE

14   PRESENTED this 20th day of
15   November, 2008, by:

17   _____
           CHARLES F. EICK
18   UNITED STATES MAGISTRATE JUDGE