**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KERRY GARLICK, | ) | NO. ED CV 08-1599-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, GONZALES, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 12, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE